# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENRY WOODLIEF, SR.

VERSUS

FELIPE TZOC-ORTIZ, UNITED
SECURITY INS. COMPANY D/B/A
UNITED SECURITY HEALTH &
CASUALITY INS. CO.

NO.   2025 CW 0750

**NOVEMBER 26, 2025**

---

In Re:   United Security Insurance Company d/b/a United Security
Health & Casualty Ins. Co., applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 749888.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.**  The portion of the district court's
June 23, 2025 judgment denying as premature the motion for summary
judgment filed by the defendant, United Security Insurance Company
D/B/A United Security Health & Casualty Ins. Co. ("United"), is
vacated.   This matter is remanded to the district court for a
ruling on the merits of United's motion for summary judgment.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT